IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERNEST JAMES WINKER,

    Plaintiff,

v.

H & R BLOCK MORTGAGE CORPORATION,
OPTION ONE MORTGAGE CORPORATION,
J.P. MORTGAGE ACQUISITION
CORPORATION 2005-OPT1 ASSET BACKED
PASS-THROUGH CERTIFICATES, SERIES
2005-OPTI, TRUSTEE,
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR JP MORGAN MORTGAGE
ACQUISITION CORP. 2005-OPT1 ASSET
BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005- OPT1, BY AMERICAN HOME
MORTGAGE SERVICING INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-761-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of jurisdiction.

/s/

Peter Oppeneer, Clerk of Court

12/2/2013

Date